LAWRENCE J. TANNENBAUM, Appellant, v. COSMOPOLITAN MUTUAL INSURANCE COMPANY et al., Respondents, et al., Defendant.—

Concur —
Stevens, P. J., McGivern, Markewich and Tilzer, JJ.